# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Dakota Pratt-Caudill ,

Inmate ID Number: 020271007

_____

*(Write the full name and inmate ID number of the Plaintiff.)*

**Case No.:** 3:21 CV 1043-MCP-MJF
*(To be filled in by the Clerk's Office)*

v.

Sheriff of Escambia County ,

_____,

_____,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

_____ /

**Jury Trial Requested?**
☐ YES  ☑ NO

FILED USDC FLND PN
SEP 20 '21 PM 2:44  GM

# I. PARTIES TO THIS COMPLAINT

## A. Plaintiff

Plaintiff's Name: _Dakota Pratt-Caudill_ ID Number: _0200271003?_

List all other names by which you have been known: _Dakota Pratt_

Current Institution: _Escambia County Jail_

Address: _PO Box 17800_

_Pensacola, FL 32522_

## B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.    For individual Defendants, identify the person's official position or job title, and mailing address.    Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: _Sheriff of Escambia County_

   Official Position: _Sheriff of Escambia County_

   Employed at: _Sheriff of Escambia County_

   Mailing Address: _Leanard St_

   _Pensacola, FL 32501_

   ☐ Sued in Individual Capacity      ☑ Sued in Official Capacity

2. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

3. Defendant's Name: _____

Official Position: _____

Employed at: _____

Mailing Address: _____

_____

☐ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)   ☐ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☑ Pretrial Detainee   ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee   ☐ Other (*explain below*):

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

On 6/25/21 I was arrested for Violation of Conditional Release, as well as several other charges that my Public Defender informed me of at a later date during my incarceration. My Public Defender also informed me that she did not see where there was any probable cause for the police to stop me in the first place. She informed me that, according to the information she had, there was a call about a "suspicious person" and the officers arrived and blocked off another area in case the "suspect" ran. The location I was stopped at was Catherine Dr and as far as I could see was a dead end drive. So I attempted to turn my vehicle around and I was surrounded by the police with guns drawn and told to exit the vehicle. I informed the officers that my dog was also in the car with me and did not want him to get shot because he jumped out of

**Statement of Facts Continued** *(Page  2  of ___ )*

the window, which my hands and keys where held out to show compliance. When the officers got me out of the car and cuffed me they walk me to the cruiser search me and throw me into the car. While in the cruiser I see the officers searching the vehicle I was driving, which belongs to someone else. Moments later the officer comes back and asks me for my name and social, which I oblige him with. After he runs my name he tells me I have a warrant for my arrest for Violation of Conditional Release (Case #195974CIRE) My Public Defender is the only way, aside from my family telling me about the other charges against me so I am unable to provide any case number for the charges supposedly filed that evening. My family found the other charges out via "Jail View." I have not been finger printed on any charges but for the following. 195974CIRE; 20539CIR; 21WARO12337.

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

1) Violation of my right of Due Process when agents/officers of the Escambia County Sheriff's Illegally searched me and the vehicle I was driving.

2) Violation of my right to be free from search and Seizures with out due process.

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Lost Wages: $500/week for the time incarcerated awaiting on trial. Pain and Suffering from mental anguish of being incarcerated in Escambia County Jail. $70,000. Dismissal of all charges. Anything else the court may find reasonable and just.

**ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case.  42 U.S.C. § 1997e(a).  **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII.   PRIOR LITIGATION

**ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES   ☑ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: ____N/A____ Case #: ____N/A____

   Court: ____N/A____

2. Date: ____N/A____ Case #: ____N/A____

   Court: ____N/A____

3. Date: ____N/A____ Case #: ____N/A____

   Court: ____N/A____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either *state or federal court* dealing with the same facts or issue involved in this case?

☐ YES   ☑ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: ____N/A____ Parties: ____N/A____

Court: _N/A_          Judge: _N/A_

Date Filed: _N/A_  Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

2.   Case #: _N/A_          Parties: _N/A_

Court: _N/A_          Judge: _N/A_

Date Filed: _N/A_  Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

C.  Have you filed any other lawsuit in federal court either challenging your

conviction or otherwise relating to the conditions of your confinement?

☑ YES   ☐ NO

If you answered yes, identify all lawsuits:

1.   Case #: _3:21-cv-992LACEMT_ Parties: _Dakota Pratt Caudill, Plantiff,_
_Sheriff of Escambia County, et al_
Court: _US Dist Court NDistrict of FL_  Judge: _Elizabeth M. Timothy_

Date Filed: _9/1/21_  Dismissal Date *(if not pending)*: _N/A_

Reason: _Conditions of Confinement_

2.   Case #: _N/A_          Parties: _N/A_

Court: _N/A_          Judge: _N/A_

Date Filed: _N/A_  Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

3.   Case #: _N/A_          Parties: _N/A_

Court: _N/A_     Judge: _N/A_

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

4. Case #: _N/A_     Parties: _N/A_

Court: _N/A_     Judge: _N/A_

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

5. Case #: _N/A_     Parties: _N/A_

Court: _N/A_     Judge: _N/A_

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

6. Case #: _N/A_     Parties: _N/A_

Court: _N/A_     Judge: _N/A_

Date Filed: _N/A_ Dismissal Date *(if not pending)*: _N/A_

Reason: _N/A_

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/13/21   Plaintiff's Signature: _____

Printed Name of Plaintiff: Dakota Pratt-Caudill

Correctional Institution: Escambia County Jail

Address: 17800 P.O.Box

Pensacola, FL 32522

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☑ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the _13th_ day of _September_ ,

20 _21_ .


Signature of Incarcerated Plaintiff: _____



UNITED STATES POSTAGE
PITNEY BOWES
$ 000.930
02 1P
0000092674B   SEP 15 2021
MAILED FROM ZIP CODE 32505

CHECKED   SEP 2 0 2021

Northern District Court of Florida
US District Court
100 N Palafox St
Pensacola, FL 32502

~~Ambert, 971 109419~~
~~P.O. Box 333~~
~~Pensacola, FL 32591~~

Dakota Pratt Caudill
BG. 201. A
Esc County Jail
P.O. Box 17800
Pensacola, FL 32522

Mailed From
Escambia County Jail
Dorm G