# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAKOTA PRATT-CAUDILL,

    Plaintiff,

v.                                        Case No. 3:21cv1043-MCR-HTC

SHERIFF OF ESCAMBIA COUNTY,

    Defendant.

_____/

## **O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated October 27, 2021 (ECF No. 9). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Plaintiff has filed a Motion to Appoint Counsel (ECF No. 10). Otherwise, there have been no timely filed objections.

Having considered the Report and Recommendation, and the record, I have determined that the Report and Recommendation should be adopted and Plaintiff's Motion to Appoint Counsel should be deemed as moot.

Accordingly, it is now **ORDERED** as follows:

(1) The magistrate judge's Report and Recommendation (ECF Doc. 9) is adopted and incorporated by reference in this order.

(2) The Plaintiff's Motion to Appoint Counsel (ECF Doc. 10) is deemed moot.

(3) Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A for failure to state a claim.

(4) The clerk is directed to close the file.

**DONE AND ORDERED** this 11th day of January 2022.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**